IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00089-MSK-MEH

FINLEY RESOURCES INC.,
a Texas corporation

Plaintiff,

v.

HIGH PLAINS PETROLEUM CORPORATION,
a Colorado corporation,

Defendant.

_____

**F.R.C.P. 7.1 AND D.C.COLO.LCivR. 7.4 DISCLOSURE STATEMENT**
_____

Plaintiff Finley Resources Inc. provides the following information pursuant to F.R.C.P. 7.1 and D.C.COLO.LCivR. 7.4:

1. Finley Resources Inc. is privately held corporation, organized under the laws of the State of Texas.

2. No parent corporation or other parent business entity exists with respect to Finley Resources Inc.

3. No publicly-held corporation or other business entity owns ten percent (10.0%) or more of the stock of Finley Resources Inc.

DATED this 29th day of January, 2009.

*Original signature on file in the offices of Beatty & Wozniak, P.C.*

*s/ Brent D. Chicken*
Karen L. Spaulding, Reg. No. 16547
Marcus A. Martin, Reg. No. 24680

          Brent D. Chicken, Reg. No. 36217
          BEATTY & WOZNIAK, P.C.
          216 Sixteenth Street, Suite 1100
          Denver, CO  80202
          Telephone:  (303) 407-4499
          Facsimile:  (303) 407-4494
          kspaulding@bwenergylaw.com
          mmartin@bwenergylaw.com
          bchicken@bwenergylaw.com

          *Attorneys for Plaintiffs:*

          Finley Resources Inc.
          1308 Lake Street,
          Fort Worth, TX 76102

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing **F.R.C.P. 7.1 AND D.C.COLO.LCivR. 7.4 DISCLOSURE STATEMENT** was served via U.S. MAIL to the parties listed below on this 29th day of January, 2009.

John B. Somers II
3860 Carlock Drive
Boulder, CO 80305-6511
*Registered Agent for Defendant*
*High Plains Petroleum Corporation*

                       *s/ Gabrielle Graham*